The Columbia Avenue Savings Fund, etc., Administrator, etc., et al., Appellants, v. William Lewis et al.

Argued March 20, 1899.   Appeal, No. 406, Jan. T., 1898, by plaintiffs, from decree of C. P. No. 4, Phila. Co., June T., 1895, No. 1208, on bill in equity.   Before Sterrett, C. J., Green, McCollum, Mitchell, Dean and Fell, JJ.   Affirmed.

Per Curiam, April 3, 1899:

This case was argued and considered with Columbia Avenue Savings Fund, etc., v. Lewis et al., No. 270, January term, 1898, in which the decree has just been affirmed in a per curiam opinion, ante, p. 576.   For reasons suggested in that case, we are all of opinion that there is no error in the decree of which these appellants have any just reason to complain.

The decree is affirmed on the report of the learned referee, and appeal dismissed at appellants' costs.